No. 01–10032.   LITTLEJOHN *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 01–10033.   JONES *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 01–10036.   MCGEORGE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 01–10042.   BROADNAX *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 01–10044.   SAENZ *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 01–10046.   POWELL *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 01–10047.   PRICE *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 01–10050.   CORTES *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 01–10051.   CHAVEZ *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 01–10052.   EVANS *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 01–10053.   CHAMBERS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 01–10054.   LEYVA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 01–10055.   CANO-GARCIA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 01–10056.   CARRANZA CHAVEZ *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 01–10057.   JONES *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 01–10059.   PILART *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.